UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                               CHAPTER 13

MARTY E. KING                              CASE NO. 13-80017

**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**      Ditech Financial LLC                  **Court claim #:**   2

**Last four digits** of any number used to identify the debtor's account: 3753

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $26867.57 |
| Amount Paid by Trustee | $26867.57 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/18/17                              /s/Lydia S. Meyer_____
                                                                  Lydia S. Meyer, Trustee
                                                                  308 W. State St., Suite 212
                                                                 Rockford, IL  61101

Certificate of Service

     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 18th Day of October, 2017.

Dated:   10/18/17                              /s/Cynthia K. Burnard_____

DITECH FINANCIAL LLC
PO BOX 0049
PALATINE, IL 60055-0049

EVERBANK MORTGAGE
PO BOX 79301
CITY OF INDUSTRY, CA  91716

JOSEPHINE J. MICELI
JOHNSON, BLUMBERG & ASSOCIATES LLC
230 W. MONROE ST. STE. 1125
CHICAGO, IL 60606

HEAVNER, SCOTT, BEYERS, & MIHLAR, LLC
ATTORNEYS AT LAW
111 EAST MAIN STREET
PO BOX 740
DECATUR, IL  62525-0740

DITECH FINANCIAL LLC
PO BOX 44265
JACKSONVILLE, FL 32231-4265

MARTY E. KING
1908MIDWAY DR.
ROCKFORD, IL  61103

ERIC PRATT LAW FIRM PC
5301 E. STATE STREET
SUITE 116
ROCKFORD, IL  61108